**Debevoise**
**&Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

March 28, 2022    **MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #·
DATE   D: 3/30/22

**BY ECF**

The Honorable Louis L. Stanton
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 21C
New York, NY 10007-1312

In re:   **JWR Holdings, LLC, and Landmark Properties, Inc. v. Standard**
   **International Management, LLC (Case No. 1:22-cv-01364-LLS):**
   **Request for Adjournment of Initial Conference**

Dear Judge Stanton:

This firm represents Defendant/Counterclaim-Plaintiff Standard International
Management, LLC in the above-referenced action.  We write jointly with
Plaintiffs/Counterclaim-Defendants JWR Holdings, LLC and Landmark Properties,
Inc., to respectfully request adjournment of the Initial Conference, set for April 8,
2022.  Pursuant to Rule 1.E of Your Honor's Individual Practices, the Parties jointly
state the following:

1.  The original date of the Initial Conference is April 8, 2022 at 2:30 p.m.
2.  This is the first request for adjournment or extension.
3.  There have been no previous requests for adjournment or extension.
4.  All Parties consent to adjournment of the Initial Conference.

If the foregoing meets with Your Honor's approval, the Parties respectfully request
that Your Honor adjourn the Initial Conference set for April 8, 2022 and re-schedule
it for 3:00PM on April 14, 2022, or at the Court's earliest convenience.  In the
alternative, the Parties are also available on April 12 and April 13, 2022 at 3:00PM.
The Parties are not available on April 15, 2022.

So Ordered.
Louis L. Stanton
3/30/22

\*\*\*

The Hon. Louis L. Stanton, U.S.D.J.            2                      March 28, 2022

Respectfully submitted,

*/s/ Megan K. Bannigan*

Megan K. Bannigan
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
mkbannigan@debevoise.com

*Attorney for Defendant Standard
International Management, LLC*

cc (by ECF):   All Counsel of Record