UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JWR HOLDINGS, LLC, LANDMARK PROPERTIES, INC., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> STANDARD INTERNATIONAL MANAGEMENT, LLC, <br><br> Defendant/Counterclaim-Plaintiff. | Case No.: 1:22-cv-01364 (LLS) <br><br> **NOTICE OF APPEARANCE** |

To:  The Clerk of the Court and All Parties of Record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs JWR Holdings, LLC and Landmark Properties, Inc.

Dated: March 30, 2022
       New York, New York

**BAKER & HOSTETLER LLP**

/s/Ariana Dindiyal
Ariana Dindiyal
45 Rockefeller Plaza, 14th Floor
New York, New York 10111
Tel: 212 589-4200
Fax: 212 589-4201
Email: adindiyal@bakerlaw.com

*Attorney for Plaintiffs*