ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JWR HOLDINGS, LLC, LANDMARK PROPERTIES, INC.,

                    Plaintiffs,

v.

STANDARD INTERNATIONAL MANAGEMENT, LLC,

                    Defendant/Counterclaim Plaintiffs.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:22-CV-1364 (LLS)

~~PROPOSED~~ **ORDER GRANTING WITHDRAWAL OF APPEARANCES OF ARIANA DINDIYAL AND JOHN MUELLER**

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declarations of Ariana Dindiyal and John Mueller, of Baker & Hostetler LLP, are hereby withdrawn as counsel for Plaintiffs, JWR Holdings, LLC and Landmark Properties, Inc.

**SO ORDERED.**

*Louis L. Stanton*
U.S.D.J.

6/13/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

JWR HOLDINGS, LLC, LANDMARK
PROPERTIES, INC.,

          Plaintiffs,

v.

STANDARD INTERNATIONAL
MANAGEMENT, LLC,

          Defendant/Counterclaim
          Plaintiffs.

---------------------------------- x

Case No. 1:22-CV-1364 (LLS)

**DECLARATION OF ARIANA DINDIYAL**

I, Ariana Dindiyal, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an associate with the law firm of Baker & Hostetler LLP, attorneys for JWR Holdings LLC, ("JWR") and Landmark Properties, Inc. ("Plaintiffs"). I am admitted to practice in this Court and respectfully submit this Declaration in support of the Proposed Order Granting Withdrawal of Appearance of Ariana Dindiyal and John Mueller.

2. Due to the transfer of this case to a law firm other than Baker & Hostetler LLP, I will no longer be able to represent Plaintiffs in this matter.

3. Plaintiffs have been informed of my withdrawal as counsel and they do not oppose the withdrawal.

4. I am not asserting a retaining or charging lien in this action.

                                              Respectfully submitted,

                                              */s/ Ariana Dindiyal*
                                              Ariana Dindiyal (Jun 10, 2022 08:19 CDT)

                                              BAKER HOSTETLER LLP
                                              Ariana Dindiyal

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------- x

JWR HOLDINGS, LLC, LANDMARK PROPERTIES, INC.,

        Plaintiffs,

v.

STANDARD INTERNATIONAL MANAGEMENT, LLC,

        Defendant/Counterclaim Plaintiffs.

---------------------------------- x

Case No. 1:22-CV-1364 (LLS)

**DECLARATION OF JOHN M. MUELLER**

I, John M. Mueller, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am counsel with the law firm of Baker & Hostetler LLP, attorneys for JWR Holdings LLC, ("JWR") and Landmark Properties, Inc. (collectively "Plaintiffs"). On February 23, 2022, I was admitted *pro hac vice* in the above-referenced matter, and respectfully submit this Declaration in support of the Proposed Order Granting Withdrawal of Appearance of Ariana Dindiyal and John Mueller.

2. Due to the transfer of this case to a law firm other than Baker & Hostetler LLP, I will no longer be able to represent Plaintiffs in this matter.

3. Plaintiffs have been informed of my withdrawal as counsel and they do not oppose the withdrawal.

4. I am not asserting a retaining or charging lien in this action.

                                                                Respectfully submitted,

                                                                */s/ John M. Mueller*

                                                                BAKER HOSTETLER LLP
                                                                John M. Mueller