ORIGINAL



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

JWR HOLDINGS, LLC, LANDMARK
PROPERTIES, INC.,

        Plaintiffs/Counterclaim
        Defendants,

    v.

STANDARD INTERNATIONAL
MANAGEMENT, LLC,

        Defendant/Counterclaim-
        Plaintiff.
                              X
--------------------------------------------------

Civil Action No.: 22-cv-1364

## ~~(PROPOSED)~~ ORDER FOR STAY IN SCHEDULE FOR FORMAL MEDIATION

LLS

WHEREAS on April 7, 2022, the Parties filed a Joint Proposed Pretrial Order for the Court's consideration (ECF No. 21);

WHEREAS at the initial Status Conference before the Court, held on April 14, 2022, the Court deferred entering a Joint Pretrial Order or other scheduling order and directed the Parties to conduct limited informal discovery in furtherance of settlement efforts;

WHEREAS following the Status Conference before the Court, held on June 9, 2022, and at the Court's direction, the Parties filed an Amended and Revised Joint Proposed Pretrial Order (ECF No. 31);

WHEREAS on June 28, 2022, the Court issued an Amended and Revised Joint Pretrial Order (ECF No. 32);

WHEREAS on September 30, 2022, the Parties jointly requested their first extension of the Scheduling Order (ECF No. 39), which was entered by the Court on October 3, 2022 (ECF No. 40, the "Schedule"), re-setting the following deadlines: January 20, 2023 deadline for the completion of fact discovery; February 17, 2023 deadline for the submission of affirmative expert reports; March 31, 2023 deadline for rebuttal expert reports; May 12, 2023 deadline for the close of discovery; May 24, 2023 deadline for pre-motion conferences concerning motions for summary judgment, if any, a deadline of one week after the deadline for a pre-motion conference for the Parties to exchange pre-trial order materials, and a deadline for pre-trial order forms to be submitted either three weeks after the exchange of pre-trial order materials, or 60 days after the Court's ruling on any motions for summary judgment;

WHEREAS the Parties have agreed informally to pause fact discovery before engaging in party depositions to be scheduled before January 20, 2023 for the purposes of engaging in settlement discussions through formal private mediation; and

WHEREAS Plaintiffs and Counterdefendants JWR Holdings, LLC ("JWR"), and Landmark Properties, Inc. ("Landmark" and, collectively "Plaintiffs/Counterdefendants") and Defendant and Counterclaimant Standard International Management, LLC ("Standard International" or "Defendant/Counterclaimant"), by and through their respective undersigned attorneys, hereby respectfully request that the Court issue a stay in the Schedule to and until March 15, 2023 for purpose of settlement discussions through formal mediation.

**IT IS HEREBY ORDERED** that, the Parties' request for a stay of the Schedule (ECF No. 40) to and until March 15, 2023 for the purpose of engaging in settlement discussions

through formal mediation is **GRANTED**. The Parties shall report on the status of the settlement discussions by **March 15, 2023**.

**SO ORDERED.**

Dated: ~~December~~ Jan 3, ~~2022~~ 2023

                                                       _Louis L. Stanton_
                                                     Hon. Louis L. Stanton
                                                     United States District Court Judge