

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

ORIGINAL

March 30, 2023

# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/23

**BY ECF**

The Honorable Louis L. Stanton
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 21C
New York, NY 10007-1312

Re: *JWR Holdings, LLC, and Landmark Properties, Inc. v. Standard International Management, LLC (Case No. 1:22-cv-01364-LLS)*

Dear Judge Stanton:

We represent Defendant / Counterclaim-Plaintiff Standard International Management, LLC, in the above-referenced action. We write jointly with Plaintiffs/Counterclaim-Defendants JWR Holdings, LLC and Landmark Properties, Inc. regarding the status of settlement discussions.

On December 22, 2022, the parties jointly requested a stay of the proceedings through March 15, 2023 to engage in settlement discussions (ECF No. 45). On March 15, 2023, the parties notified the court that settlement conversations were still ongoing and Your Honor granted a brief extension of the stay so that the parties could continue to explore whether settlement may be achieved (ECF Nos. 50, 51). The parties believe they are making progress toward settlement, and believe a short additional extension of the stay would be beneficial to completing these negotiations.

The parties accordingly respectfully request an additional extension of the stay, and that the parties be given the opportunity to further update the Court by April 14, 2023, about whether this dispute will be resolved or litigated.

*Granted and So Ordered*
*Louis L. Stanton*
*3/31/23*

Respectfully submitted,

ICE MILLER LLP

By: */s/ Jacqueline M. Lesser*
Jacqueline M. Lesser
1735 Market Street, Suite 3900
Philadelphia, PA 19103
Telephone: 215.982.5165
Jacqueline.Lesser@icemiller.com

*Attorney for Plaintiffs/Counterdefendants JWR Holdings, LLC and Landmark Properties Inc.*

DEBEVOISE & PLIMPTON LLP

By: */s/ Megan K. Bannigan*
Megan K. Bannigan
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
mkbannigan@debevoise.com

*Attorney for Defendant/Counterclaim-Plaintiff Standard International Management, LLC*