ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

JWR HOLDINGS, LLC, LANDMARK
PROPERTIES, INC.

        Plaintiffs/Counterclaim-Defendants,

v.

STANDARD INTERNATIONAL
MANAGEMENT, LLC.,

        Defendant/Counterclaim-Plaintiff.

-------------------------------------------------------x

No. 22-CV-01364-LLS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/23

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and among the parties to this action, through their undersigned counsel, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), the above-captioned action (including without limitation all claims and counterclaims asserted in the action) be and hereby is dismissed in its entirety in accordance with the terms of the settlement agreement between the parties (the "Settlement Agreement"). All parties' claims and counterclaims are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. This Court retains exclusive jurisdiction to enforce the Settlement Agreement.

ICE MILLER LLP

By: /s/ Jacqueline M. Lesser
Jacqueline M. Lesser
1735 Market Street, Suite 3900
Philadelphia, PA 19103
Telephone: 215.982.5165
Jacqueline.Lesser@icemiller.com

DEBEVOISE & PLIMPTON LLP

By: /s/ Megan K. Bannigan
Megan K. Bannigan
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
mkbannigan@debevoise.com

1

*Attorney for Plaintiffs/Counterclaim-Defendants*  *Attorney for Defendant/Counterclaim-Plaintiff*
*JWR Holdings, LLC and Landmark Properties*  *Standard International Management, LLC*
*Inc.*

SO ORDERED this 20th day of December, 2023.

_Louis L. Stanton_
Hon. Louis Stanton, U.S.D.J.